EdiZONE, LLC
Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
(801) 936-1039
casey@edizone.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LLC, a Delaware limited liability company ; TNT HOLDINGS, LLC, a Delaware limited liability company; EQUAPRESSURE, LLC, a Delaware limited liability company; WONDERGEL, LLC, a Delaware limited liability company; and GELMAKERS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, a stock company domiciled in Iowa,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No.:  2:15-cv-00489-JNP<br><br>Judge Jill N. Parrish |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims against Defendant with prejudice.

    DATED this 23rd day of February, 2016.

                                                 /s / Casey K. McGarvey
                                                   Casey K. McGarvey
                                                   Attorney for Plaintiffs